

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LARISA CHIRILA ) <br> ) <br> Defendant. ) | 2:03-CR-175-LDG-LRL |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#37), sentencing having been imposed on October 9, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MBNA AMERICA
Amount of Restitution: $2,099.99

Name of Payee: BANK ONE
Amount of Restitution: $37,053.10

Name of Payee: U S BANK NORTHWEST
Amount of Restitution: $1,052.99

Name of Payee: COLOMBIA STATE BANK VISA
Amount of Restitution: $3,797.98

**Total Amount of Restitution ordered:** $44,004.06

Dated this _26th_ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE